IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 08-299-01 |
| MALIK SNELL | : | |

**ORDER**

AND NOW, this 28th day of May, 2009, upon consideration of Defendant Malik Snell's Motion in Limine to Preclude Government's Rule 404(b) Evidence (Doc. No. 171), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.