IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. 08-299 |
| v. | : | |
| | : | CIVIL ACTION NO. 14-3756 |
| MALIK SNELL | : | |

**O R D E R**

**AND NOW**, this  17th  day of    March   , 2015, upon consideration of Petitioner Malik Snell's *pro se* Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 267), and the Government's Response thereto (ECF No. 275), it is **ORDERED** as follows:

    A.    Petitioner's Motion is DENIED.

    B.    A certificate of appealability will not issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**